# Court of Appeals
# of the State of Georgia

ATLANTA,  August 07, 2019

*The Court of Appeals hereby passes the following order:*

## A20A0127.  GUDE v. THE STATE.

Upon consideration of Appellee's Motion to Transfer the appeal to the Supreme Court, it is hereby ordered that the Motion is GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/07/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*